## STATE COURT OF APPEALS CASES—Continued

### No. 61

CONTINENTAL REALTY CO. V. ROSE KATZ, et al

Cuyahoga County Court of Appeals. No. 4050, decided Dec. 18, 1922

REAL ESTATE—Building restrictions—May be waived by laches—Notice to husband not communicated to wife owner, not sufficient.

VICKERY, J.

Epitomized Opinion

Appeal from Cuyahoga County Court of Common Pleas

The plaintiff sold lots in a restricted real estate allotment to defendant Katz, and the deed contained a covenant that they should be used for residence purposes only. Upon them the construction of a two room structure, the business character of which was plainly visible. The Common Pleas granted an injunction and restrained the operation of the stores, or other business on the land. The Court of Appeals decided that the plaintiff would be entitled to the relief prayed for, were it not for the question of laches, raised by defendants.

(1) When the building was completed, about Aug. 1, the defendant Katz, the owner, leased one of the rooms to a person who stocked it with groceries and occupied it. Later, Aug. 23, she sold the latter to one of the defendants, Weider, for $6600. There is no record to show but that W. had no kowledge of the restrictions but that, in this respect, bought the property and carried on the business in good faith. Under the circumstances it would be inequitable for the Realty Co. to permit the building to go on, so that a person not knowing anything about the circumstances, could become a bona fide owner of the property by paying the full value thereof in money, to use it for the same purpose it was notoriously being used for. As the plaintiff was guilty of laches to such an extent it lost whatever right it had against the particular defendant Weidner.

(2) The fact that after construction of the building was begun, a conversation was had between the realty company and the husband of Mrs. Katz and a letter was given to him, which apparently he did not understand, but which he never communicated to his wife, but then proceeded with the building unmolested by the plaintiff, who knew all the time who the owner of the property was, and permitting the situation to continue, did not avail the plaintiff, and the injunction below was dissolved.

Attorneys—Wilkin, Cross & Daoust, for plaintiff; Mooney, Hahn, Loeser & Keough, for defendants.

See Page 46 for Additional Cases

---

### DAUGHERTY CASE ABOUT ENDED

The case brought to impeach Attorney General Harry M. Daugherty has not run a very "weary length." The testimony is in, and it is expected that the judiciary committee will report that it has found no evidence upon which to base an impeachment proceeding. The general opinion, in Ohio, where the General is so well and favorably known, has been that he would be exonerated. The report will not be made until after the holidays.

Shakespeare's reference to "the soft impeachment" must have been prophetic of Attorney General Daugherty.

---

### JUSTICE PINTEY RESIGNS

It has been announced at the White House that President Harding has received the resignation of Associate Justice Pitney of the supreme court.

The resignation is to take effect Jan. 1, 1923. Under a special act of Congress, Pitney was allowed sixty days in which to arrange his retirement from the bench, although he has not reached the retirement age.

The decision to the date of retirement was reached after a conference of Chief Justice Taft, the President and Justice Pitney.

Poor health forced Pitney's resignation. No information was forthcoming as to his successor. Pitney was appointed by Taft in 1912.

---

The nomination of Pierce Butler, by President Harding, for Associate Justice of the Supreme Court, has been confirmed by the U. S. Senate, and he will soon take his seat.

---

You cannot afford to miss an issue of the Abstract, if you want to keep watch of what the Courts are doing, and to get the law as soon as other lawyers do.

We can use the services of a few attorneys, young or elderly, who will work upon our editorial staff. The labor can be performed in spare hours, at home or in an office. Good cash compensation, depending upon results. Write to The Abstract, 203 St. Clair, Cleveland, and after getting your request, giving your address, a reply, giving particulars, will be made.

---

There are undoubtely a number of young attorneys whose names appear in the list of those just admitted to the bar, in Ohio, who will be willing to take up for a short time, congenial employment that will be in the line of legal study, and help fit them for active practice later. Those who desire to test themselves out, by a short post graduate course that will bring a good cash money compensation, should address this paper, by mail, giving address to which we can reply and give particulars.

---

### The Laning
### LAW ABSTRACTING AND DIGESTING SYSTEM

Partially shown in this issue of the Abstract,

It Will

### LINK EVERY NEW OHIO CASE

To every antecedent cognate Ohio Decision.

### Each Point in Every Compact Abstract

when the system is completed, will be so designated numerically that all the related reported cases will be concatenated units in a coordinated group, and a hasty glimpse at each link will reveal the location and strength of the balance of the whole chain.

### The Book Location of Each Full Opinion

is so given with each Epitome, that the reader can quickly refer to the original, in case it is desired to investigate the holding more minutely.